UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW JENNINGS,

    Petitioner,

    v.

D.L. RUNNELS, WARDEN, Warden,

    Respondent.

_____/

No. C 01-3751 PJH

**JUDGMENT**

    Pursuant to the order GRANTING IN PART AND DENYING IN PART Jennings' federal habeas petition under 28 U.S.C. § 2254 signed today, this action is fully adjudicated.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge